O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 11-00072 DDP |
|---|---|
| Plaintiff, | ) **ORDER DENYING DEFENDANT'S MOTION** |
| v. | ) **FOR PRODUCTION OF GRAND JURY** |
|  | ) **TRANSCRIPTS** |
| MHER DARBINYAN, et al., | ) |
| Defendants. | ) [Docket Nos. 1712, 1715, 1752, 1768, 1772, 1780] |

Presently before the court is Defendant's Motion for Production of Grand Jury Transcripts ("Motion"). Having reviewed the parties' moving papers and heard oral argument, the court denies the Motion and adopts the following Order.

The court finds that Defendant has not adequately shown "'a particularized need' for the grand jury materials requested." United States v. Bennett, 702 F.2d 833, 836 (1983) (quoting Pittsburgh Plate Glass Co. v. United States, 360 U.S. 395, 400 (1959)). The court therefore DENIES the Motion.

IT IS SO ORDERED.

Dated: June 6, 2012

DEAN D. PREGERSON
United States District Judge