

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213)894-3535

**TERRY NAFISI**
District Court Executive and
Clerk of Court

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

### RECORD TRANSMITTAL FORM

Date: _____

To: **U.S. Court of Appeals
For the 9th Circuit**
Office of the Clerk
95 Seventh Street
San Francisco ,CA 90012
Attention: Records Unit

From: **U.S. District Court
Central District of California**
312 North Spring Street, Room G-8
Los Angeles, CA 90012

D C No. _____   Appeals No. _____

Case Title _____

Clerk's files in _____ volumes

Bulky docs in _____ volumes    Docket No. _____

Reporter's Transcripts in _____ volumes

Sealed documents in _____ ☐ Envelopes    ☐ Boxes

Other: _____
_____
_____

*Note: Please return records in the same manner as received.*

By _____

*(For documents received without a courier delivery tracking number)*

Acknowledgment: _____    Date: _____

A-26  (1/14)                **RECORD TRANSMITTAL LETTER**