UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
June 22, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY
```

In the Matter of the Transfer of Cases )
from the Calendar )
 )
of )   ORDER OF THE CHIEF JUDGE
 )
Judge DEAN D. PREGERSON )   16-073
 )
 )
_____)

     IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge Dean D. Pregerson to the calendar of Judge George H. Wu for all further proceedings:

2:11-cr-00072-DDP-2 - Paramaz Bilezikchyan

2:11-cr-00072-DDP-3 - Karo Yerkanyan

2:11-cr-00072-DDP-5 - Hayk Karayan

2:11-cr-00072-DDP-6 - Arman Tangabekyan

2:11-cr-00072-DDP-7 - Emil Airapetian

2:11-cr-00072-DDP-8 - Armen Hovanissian

2:11-cr-00072-DDP-9 - Roman Teroganesyan

2:11-cr-00072-DDP-10 - Edgar Khachatryan

2:11-cr-00072-DDP-11 - Garik Galstyan

2:11-cr-00072-DDP-12 - Harut Torosyan

2:11-cr-00072-DDP-13 - Souren Serobyan

2:11-cr-00072-DDP-14 - Vazgen Topadzhikyan

2:11-cr-00072-DDP-15 - Ara Fermanyan

2:11-cr-00072-DDP-16 - David Muradyan

2:11-cr-00072-DDP-17 - Karen Markosian

2:11-cr-00072-DDP-18 - Karen Zakaryan

2:11-cr-00072-DDP-19 - Artur Pembejian

2:11-cr-00072-DDP-20 - Aram Petrosian

2:11-cr-00072-DDP-21 - Arman Karayan

2:11-cr-00072-DDP-22 - Oganes Teroganesyan

2:11-cr-00072-DDP-23 - Jack Gambaryan

2:11-cr-00072-DDP-24 - Raymond Tarverdyan

2:11-cr-00072-DDP-25 - Vahe Mnatsakanyan

2:11-cr-00072-DDP-26 - Armando Moreno

2:11-cr-00072-DDP-28 - Lusine Ogandganyan

2:11-cr-00072-DDP-29 - Gustavo Ortega

2:11-cr-00072-DDP-30 - Gagik Zhamkochyan

2:11-cr-00072-DDP-31 - Suren Torosyan

2:11-cr-00072-DDP-32 - Grachia Nalbandyan

2:11-cr-00072-DDP-33 - Edgar Yerkanyan

2:11-cr-00072-DDP-34 - Karine Mkrtchyan

2:11-cr-00072-DDP-36 - Simon Antonyan

2:11-cr-00072-DDP-37 - Garen Chouldjian

2:11-cr-00072-DDP-38 - Grigor Garibyan

2:11-cr-00072-DDP-39 - Artur Gabrelyan

2:11-cr-00072-DDP-40 - Andranik Bakhchadjian

2:11-cr-00072-DDP-41 - Vartenie Ananian

2:11-cr-00072-DDP-42 - Rafael Gonzalez-Munoz, Jr

2:11-cr-00072-DDP-43 - Khachatur Arakelyan

2:11-cr-00072-DDP-44 - Karapet Joey Karamusyan

2:11-cr-00072-DDP-45 - Haroutioun Arthur Melkonian

2:11-cr-00072-DDP-46 - Arsen Ayranjian

2:11-cr-00072-DDP-47 - Adam Davoodian

2:11-cr-00072-DDP-48 - Aram Khachatryan

2:11-cr-00072-DDP-49 - Tigran Sarkisyan

2:11-cr-00072-DDP-51 - Hagop Yamalyan

Order of the Chief Judge
2-11-cr-00072
Page 3

2:11-cr-00072-DDP-52 - Manuk Terzyan

2:11-cr-00072-DDP-53 - Karen Hesham Samawi

2:11-cr-00072-DDP-54 - Julio Cesar Rivas

2:11-cr-00072-DDP-55 - Zhirayr Karayan

2:11-cr-00072-DDP-56 - Sarkis Avedisian

2:11-cr-00072-DDP-58 - Joseph Mares

2:11-cr-00072-DDP-59 - Catrina Balderrama

2:11-cr-00072-DDP-60 - Vardan Amirkhanyan

2:11-cr-00072-DDP-61 - Hovannes Igarian

2:11-cr-00072-DDP-62 - Naira Astghik Terounian

2:11-cr-00072-DDP-63 - Arnold Moradians

2:11-cr-00072-DDP-64 - Debra May-Lawson

2:11-cr-00072-DDP-65 - Rafael Roger Zendejas

2:11-cr-00072-DDP-66 - Steven Wilson

2:11-cr-00072-DDP-67 - Gevork Kasabyan

2:11-cr-00072-DDP-68 - Marat Shakhramanyan

2:11-cr-00072-DDP-69 - Fnu Lnu

2:11-cr-00072-DDP-70 - FNU LNU 2

Dated: June 22, 2016

_____
Chief Judge George H. King