Joseph T. McNally, AUSA    (Cal. SBN: 250289)
U.S. Attorney's Office
411 W. Fourth Street, #8000
Santa Ana, California 92701
(714) 338-3500

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br><br>MHER DARBINYAN, ET AL.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SA CR 11-72-JVS<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

Government's Ex Parte Application for Order Sealing Documents; Declaration of Joseph T. McNally, [Proposed] Order Sealing Document, and Under Seal Document.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

September 12, 2016                           /s/ Joseph T. McNally
Date                                                    Attorney Name
                                                           United States of America, Plaintiff
                                                           Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)                      **NOTICE OF MANUAL FILING OR LODGING**